**IT IS ORDERED as set forth below:**

**Date: September 2, 2026**

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| N.F. INTERNATIONAL, INC., | : | CASE NO. 23-54962-sms |
| | : | |
| Debtor | : | |
| | : | |

**ORDER APPROVING SETTLEMENT WITH JERREED MANAGEMENT DIVISION, INC. AND PAYMENT TO BANK OF AMERICA, N.A.**

On August 5, 2026, Jordan E. Lubin, in his capacity as the Chapter 7 Trustee ("Trustee") for the above-named Debtor, filed his *Motion to Approve Settlement with Jerreed Management Division, Inc. and Payment to Bank of America, N.A.* (Doc. No. 289) (the "Motion"). In the Motion, Trustee sought (i) approval of a settlement agreement (the "Settlement Agreement") between Jerreed Management Division, Inc. ("JMDI"), pursuant to which JDMI will pay Trustee $35,000.00 (the "Settlement Payment") in installments in full and final satisfaction of all claims and disputes that were or could have been raised in Adversary Proceeding No. 25-05163-sms (the "Adversary Proceeding"), and (ii) authority to pay $13,358.75 out of the Settlement Payment to

Bank of America, N. A., pursuant to the *Order Approving Settlement with Bank of America, N.A., Regarding Cash Collateral and Receivable Collections* (Doc. No. 259).

On August 5, 2026, Trustee filed his *Notice of Motion to Approve Settlement with Jerreed Management Division, Inc and Payment to Bank of America, N.A., Deadline to Object and for Hearing* (the "Notice") pursuant to the *Fifth Amended and Restated General Order 24-2018*. The Notice was served on all creditors and interested parties on August 5, 2026 (Doc. No. 291). The Notice set the hearing on the Motion for September 2, 2026 (the "Hearing"), and fixed the deadline for objections to the Motion as August 31, 2026 (which is the first business day that is more than 24 days from the service of the Notice).

Notice of the opportunity to object and for Hearing was provided pursuant to the procedures of the *Fifth Amended and Restated General Order 24-2018* and no objection to the Motion was filed prior to the objection deadline. The Court has considered the Motion and all matters of record, including the lack of objection thereto. Based on the foregoing, no further notice or hearing is required, and the Court finds that good cause exists to grant the relief requested in the Motion. Accordingly, it is

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Settlement Agreement is APPROVED; and it is further

ORDERED that Trustee is authorized to accept the Settlement Payment in full satisfaction of the claims asserted in the Adversary Proceeding; and it is further

ORDERED that Trustee is authorized to disburse from the Settlement Payment the sum of $13,358.77 to Bank of America, N.A.; and it is further

ORDERED that the remaining portion of the Settlement Payment retained by Trustee is free and clear of all liens, claims, and encumbrances; and it is further

ORDERED that within five (5) business days of receipt of the final installment of the Settlement Payment, Trustee shall file a *Stipulation of Dismissal of Adversary Proceeding* terminating the Adversary Proceeding; and it is further

ORDERED that JDMI shall have no claim against the Bankruptcy Estate and shall not file a Proof of Claim on account of the Settlement Payment.

[END OF DOCUMENT]

**Prepared and presented by:**

LAMBERTH, CIFELLI,
ELLIS & NASON, P.A.
*Counsel for Trustee*

By: */s/ G. Frank Nason, IV*
G. Frank Nason, IV
Georgia Bar No. 535160
fnason@lcenlaw.com
6000 Lake Forrest Drive, N.W.
Suite 290
Atlanta, GA 30328
(404) 262-7373

**Identification of parties to be served pursuant to BLR 9013-2 N.D. Ga.:**

G. Frank Nason, IV, Lamberth, Cifelli, Ellis & Nason, P.A., 6000 Lake Forrest Drive, N.W., Suite 290, Atlanta, GA 30328

Office of the United States Trustee, 362 Richard Russell Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Jordan E. Lubin, 8325 Dunwoody Place, Bldg. 2, Atlanta, GA 30350

Angelyn M. Wright, The Wright Law Alliance, P.C., 1244 Clairmont Road, Suite 222, P. O. Box 3576, Decatur, GA 30031